IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TECH PHARMACY SERVICES, INC. d/b/a ADVANCED PHARMACY and ADVANCED PHARMACY SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>OMNICARE, INC.,<br>OMNICARE PHARMACY OF TEXAS 1, LP,<br>OMNICARE PHARMACY OF TEXAS 2, LP,<br>PHARMERICA CORPORATION,<br>TALYST, INC., AND<br>WELLFOUNT, CORP.,<br><br>Defendants. | Case No.  6:11-cv-00226-LED<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims asserted between Plaintiff Tech Pharmacy Services, Inc., d/b/a Advanced Pharmacy and Advanced Pharmacy Services, and Defendants, Talyst Inc.; Omnicare, Inc.; Omnicare Pharmacy of Texas 1, LP; Omnicare Pharmacy of Texas 2, LP; and PharMerica Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff, Tech Pharmacy Services, Inc., d/b/a Advanced Pharmacy and Advanced Pharmacy Services, and Defendants, Talyst Inc.; Omnicare, Inc.; Omnicare Pharmacy of Texas 1, LP; Omnicare Pharmacy of Texas 2, LP; and PharMerica Corporation are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 29th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**